IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL R. SHIRES, #153262, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:04-cv-059-MEF |
| | ) | |
| MARC SONNIER, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #44) to the Recommendation of the Magistrate Judge (Doc. #41) filed on June 16, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on May 11, 2006 is adopted;

3. The motions for summary judgment (Doc. #17, #27 & #30) filed by the defendants is GRANTED and that this case is DISMISSED with prejudice.

DONE this the 23rd day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE